UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 7A

GEEKAY WIRE LTD.,

                      Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.

                     Defendant.

Court No. 20-00118

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: February 23, 2024

Lizbeth R. Levinson
Brittney R. Powell
Attorney for Plaintiff

2020 K Street NW, Suite 500 East
Street Address

Washington, D.C. 20006
City, State and Zip Code

(202) 361-3100
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____    Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 20-00118 | GEEKAY WIRE LTD., |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)